UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALICE V. GOODMAN, *by her conservator*
*Francine Goodman*
FRANCINE GOODMAN, *ind & as Executrix*
*of the estate of Alice V. Goodman*

vs.

CIVIL ACTION NO.: 3:16CV665(MPS)

RODERICK L. BREMBY, *Comm of the CT Dept*
*of Social Services, off. capacity*
NORWALK HOSPITAL ASSOC
APEX CLEARING CORP
STEPHEN KEOGH, *prior conservator of*
*Alice V. Goodman,*
FRANK N. ZULLO,
DIANE M. ALLISON, RHEA SPIEGEL
FRANK W. MURPHY, *MARCY PUKLIN*
JOHN DOES 1-10; JANE DOES 1-10

## **JUDGMENT**

This action having come on for consideration of the defendants' motions to dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling on September 20, 2017 granting Norwalk Hospital, Frank Zullo, Diane Allison and Rhea Spigel motions; and denying Stephen Keogh and Frank Murphy motions as moot and dismissed the claims against John and Jane Does; and

Further, on February 13, 2017 the court granted Bremby's motion to dismiss and dismissed count 30 against Apex;   it is hereby

ORDERED, ADJUDGED and DECREED  that judgment is entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, September 29, 2017.

ROBIN D. TABORA, Clerk

By /s/ Devorah Johnson
  Devorah Johnson
  Deputy Clerk

EOD 9/29/17