UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALICE V. GOODMAN, *by her conservator*
*Francine Goodman*
FRANCINE GOODMAN, *individual & as Executrix*
*of the estate of Alice V. Goodman*

vs.                                                                                      CASE NO. 3:16CV665
(MPS)

RODERICK L. BREMBY, *Comm of the CT Dept*
*of Social Services, off. capacity*
NORWALK HOSPITAL ASSOC
APEX CLEARING CORP
STEPHEN KEOGH, *prior conservator of*
*Alice V. Goodman*
FRANK N. ZULLO
DIANE M. ALLISON; RHEA SPIGEL
FRANK W. MURPHY; MARCY PUKLIN
JOHN DOES 1-10; JANE DOES 1-10



## **AMENDED JUDGMENT**

This action came on for consideration of the defendants' motions to dismiss before the Honorable Michael P. Shea, United States District Judge, and

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its ruling on September 20, 2017 granting Norwalk Hospital, Frank Zullo, Diane Allison, Rhea Spigel, and Marcy Puklin motions; and denying Stephen Keogh and Frank Murphy motions as moot and dismissed the claims against John and Jane Does; and

Further, on February 13, 2017 the court granted Bremby's motion to dismiss and dismissed count 30 against Apex; it is hereby

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the defendants dismissing the case.

Dated at Hartford, Connecticut, this 26th day of March, 2018.

                                                 Robin D. Tabora, Clerk

                                By          /s/
                                            Devorah Johnson
                                            Deputy Clerk

EOD 03/26/18